UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY PALACIOS-QUINONEZ,<br><br>　　　　Defendant. | CASE NO. MJ25-514<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Assault on a Federal Officer

2. Attempted Escape from Custody

<u>Date of Detention Hearing</u>:　August 27, 2025.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have shoved an ICE officer in an attempt to escape custody during transport. He has a stipulated order of continuance for a fourth degree assault conviction, and a pending charge of protection order violation - domestic violence. Both of these charges carry bench warrants for failures to appear. Defendant has minimal ties to the community, there is a protection order in place between him and his spouse, and he has no other relatives in the District – his family resides in Ecuador. He also has no stable employment.

2. Defendant poses a risk of nonappearance based on the alleged conduct, the lack of ties to the District, and a history of failures to appear. Defendant poses a risk of danger based on the alleged conduct, allegations of assault, and alleged criminal activity while under supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 27th Day of August, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3